OGLOZA FORTNEY LLP
  Darius Ogloza (SBN 176983)
  *dogloza@oglozafortney.com*
  David Fortney (SBN 226767)
  *dfortney@oglozafortney.com*
  Micah Nash (SBN 246319)
  *mnash@oglozafortney.com*
535 Pacific Avenue, Suite 201
San Francisco, California 94133
Tel:  (415) 912-1850
Fax: (415) 887-5349

Attorneys for Plaintiff
PROSTAR WIRELESS GROUP, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSTAR WIRELESS GROUP, LLC<br><br>           Plaintiff,<br><br>     v.<br><br>DOMINO'S PIZZA, INC.;<br>and DOES 1-100,<br><br>           Defendants. | **CASE NO. 3:16-CV-5399 (WHO)**<br><br>**ORDER GRANTING CONTINUANCE OF MOTION TO DISMISS HEARING DATE, RELATED DEADLINES, AND CASE MANAGEMENT CONFERENCE DATE**<br><br>**Date Action Filed: September 21, 2016**<br>**Current Hearing:  December 7, 2016**<br>**Time:     2:00 P.M.**<br>**Place:    Courtroom 2**<br>**Judge:    Hon. William H. Orrick** |

# ORDER

Having considered the stipulation of the Parties and finding GOOD CAUSE therefor, the Court hereby orders that

1. The hearing on Domino's Motion to Dismiss, currently scheduled for December 7, 2016, at 2:00 P.M., is continued to December 21, 2016 at 2:00 p.m.
2. The briefing deadlines on Domino's Motion to Dismiss are continued to November 18, 2016, for the opposition and December 7, 2016, for the reply;
3. The Case Management Conference, currently scheduled for December 20, 2016, at 2:00 P.M., is continued to January 31, 2017, at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 4, 2016

_____
HONORABLE WILLIAM H. ORRICK