**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette (No. 193066)
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Telephone: (415) 315-1669
E-mail: jeff@skaggsfaucette.com

**WILLIAMS & CONNOLLY LLP**
Daniel F. Katz (*pro hac vice*)
Edward C. Barnidge (*pro hac vice*)
Janine M. Pierson (*pro hac vice*)
Matthew W. Lachman (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005-5901
Telephone: (202) 434-5000
E-mail: dkatz@wc.com
E-mail: ebarnidge@wc.com
E-mail: jpierson@wc.com
E-mail: mlachman@wc.com

*Attorneys for Defendant Domino's Pizza, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**PROSTAR WIRELESS GROUP, LLC,**

**Plaintiff,**

**v.**

**DOMINO'S PIZZA, INC.; and DOES 1–100,**

**Defendants.**

**Case No. 3:16-cv-5399 (WHO)**

**DECLARATION OF JANINE M. PIERSON IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Date Action Filed: September 21, 2016**

**Hearing:** **December 19, 2018**
**Time:** **2:00 PM**
**Place:** **Courtroom 2**
**Before:** **Hon. William H. Orrick**

I, Janine M. Pierson, declare:

1. I am an attorney with the law firm of Williams & Connolly LLP, counsel of record for Defendant Domino's Pizza, Inc. (hereinafter "Domino's") in this action. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. Attached as **Exhibit 1** is a true and accurate copy of excerpts from the deposition of Joe Olsen, dated March 21, 2018. This deposition has been designated as "Confidential" by Prostar Wireless LLC ("Prostar").

3. Attached as **Exhibit 2** is a true and accurate copy of excerpts from the deposition of William Duvall, dated April 18, 2018.

4. Attached as **Exhibit 3** is a true and accurate copy of excerpts from the deposition of Timothy Westin, dated May 21, 2018.

5. Attached as **Exhibit 4** is a true and accurate copy of internal corporate documents, Bates numbered PSW082135 through PSW082146. This exhibit has been designated as "Confidential" by Prostar.

6. Attached as **Exhibit 5** is a true and accurate copy of a Stock Redemption Agreement related to Prostar, Bates numbered PSW082147 through PSW082190. This exhibit has been designated as "Confidential" by Prostar.

7. Attached as **Exhibit 6** is a true and accurate copy of excerpts from the deposition of James Maertens, dated April 26, 2018.

8. Attached as **Exhibit 7** is a true and accurate copy of excerpts from the deposition of Matthew Walls, dated April 11, 2018.

9. Attached as **Exhibit 8** is a true and accurate copy of excerpts from the deposition of Todd Bohlen, dated May 8, 2018. This deposition has been designated as “Confidential” by Domino’s.

10. Attached as **Exhibit 9** is a true and accurate copy of excerpts from the deposition of Dennis Maloney, Domino’s Rule 30(b)(6) witness, dated March 16, 2018. This deposition has been designated as “Confidential” by Domino’s.

11. Attached as **Exhibit 10** is a true and accurate copy of excerpts from the deposition of Anthony Minniti, in his capacity as IBM’s Rule 30(b)(6) witness and individually, dated July 12, 2018.

12. Attached as **Exhibit 11** is a true and accurate copy of a Domino’s Software License Agreement, Bates numbered DOMPRO00006876 through DOMPRO00006884. This exhibit has been designated as “Confidential” by Domino’s.

13. Attached as **Exhibit 12** is a true and accurate copy of excerpts from the deposition of ProStar’s Rule 30(b)(6) witness (Joe Olsen), dated June 20, 2018. This deposition has been designated as “Confidential” by Prostar.

14. Attached as **Exhibit 13** is a true and accurate copy of excerpts from the deposition of Mark Westin, dated May 23, 2018.

15. Attached as **Exhibit 14** is a true and accurate copy of an email chain from Mark Westin, Bates numbered PSW071250 through PSW071273. This exhibit has been designated as “Confidential” by Prostar.

16. Attached as **Exhibit 15** is a true and accurate copy of an email chain from Jeff Viets, Bates numbered PSW039898 through PSW039899.

17. Attached as **Exhibit 16** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW001362 through PSW001365.

18. Attached as **Exhibit 17** is a true and accurate copy of an email chain from Mark Westin, Bates numbered PSW002907 through PSW002908.

19. Attached as **Exhibit 18** is a true and accurate copy of an email chain from Michael Nelson, Bates numbered MW-000478 through MW-000481.

20. Attached as **Exhibit 19** is a true and accurate copy of an email chain from Todd Bohlen, Bates numbered DOMPRO00000630 through DOMPRO00000641. This exhibit has been designated as "Confidential" by Domino's.

21. Attached as **Exhibit 20** is a true and accurate copy of excerpts from the deposition of Joe Olsen, dated June 20, 2018. This deposition has been designated as "Confidential" by Prostar.

22. Attached as **Exhibit 21** is a true and accurate copy of a Software and Services Engagement Agreement-Statement of Work between Prostar and International Business Machines Corporation ("IBM"), Bates numbered PSW027711 through PSW027714.

23. Attached as **Exhibit 22** is a true and accurate copy of a Software Services Agreement between Prostar and IBM, Bates numbered PSW029969 through PSW029981.

24. Attached as **Exhibit 23** is a true and accurate copy of excerpts from the deposition of Joe Olsen, dated April 17, 2018. This deposition has been designated as "Confidential" by Prostar.

25. Attached as **Exhibit 24** is a true and accurate copy of excerpts from the deposition of Michael Davis, dated April 12, 2018. This deposition has been designated as "Confidential" by Domino's.

26. Attached as **Exhibit 25** is a true and accurate copy of an email chain from Wayne Pederson, Bates numbered DOMPRO00000964 through DOMPRO00000966.

27. Attached as **Exhibit 26** is a true and accurate copy of an email chain from Jim Maertens, Bates numbered DOMPRO00001541 through DOMPRO00001547.

28. Attached as **Exhibit 27** is a true and accurate copy of an email chain from Matthew Walls, Bates numbered DOMPRO00001552 through DOMPRO00001552.

29. Attached as **Exhibit 28** is a true and accurate copy of an email chain from Jim Maertens, Bates numbered PSW010364 through PSW010370.

30. **Exhibit 29** has been intentionally omitted.

31. Attached as **Exhibit 30** is a true and accurate copy of an email chain from Matthew Walls, Bates numbered PSW021265 through PSW021265.

32. Attached as **Exhibit 31** is a true and accurate copy of an email chain from Matthew Walls, Bates numbered DOMPRO00001921 through DOMPRO00001922.

33. Attached as **Exhibit 32** is a true and accurate copy of excerpts from the deposition of Wayne Pederson, dated April 6, 2018.

34. Attached as **Exhibit 33** is a true and accurate copy of an email chain from Jim Maertens, Bates numbered PSW071872 through PSW071873.

35. Attached as **Exhibit 34** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered DOMPRO00002139 through DOMPRO00002154.

36. Attached as **Exhibit 35** is a true and accurate copy of Prostar's Responses to Domino's Second Set of Interrogatories dated April 9, 2018.

37. Attached as **Exhibit 36** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW004263 through PSW004265.

38. Attached as **Exhibit 37** is a true and accurate copy of excerpts from the deposition of ProStar's Rule 30(b)(6) witness (Joe Olsen), dated August 31, 2018. This deposition has been designated as "Confidential" by Prostar.

39. Attached as **Exhibit 38** is a true and accurate copy of an email chain from Bill Duvall, Bates numbered PSW021760 through PSW021760.

40. Attached as **Exhibit 39** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW067657 through PSW06772. This exhibit has been designated as "Confidential" by Prostar.

41. Attached as **Exhibit 40** is a true and accurate copy of a presentation on the Driver Tracking System, Bates numbered PSW082046 through PSW082059. This exhibit has been designated as "Confidential" by Prostar.

42. Attached as **Exhibit 41** is a true and accurate copy of a video downloaded from https://www.vimeo.com/133571301.

43. Attached as **Exhibit 42** is a true and accurate copy of a presentation by Domino's entitled "Project Mercury", Bates numbered DOMPRO00007397 through DOMPRO00007412. This exhibit has been designated as "Confidential" by Domino's.

44. Attached as **Exhibit 43** true and accurate copy of an email chain from Joe Olsen, Bates numbered DOMPRO00002671 through DOMPRO00002679.

45. Attached as **Exhibit 44** is a true and accurate copy of a Non-Disclosure Agreement between Domino's and Prostar, Bates numbered DOMPRO00004046 through DOMPRO00004048.

46. Attached as **Exhibit 45** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW020888 through PSW020941. This exhibit has been designated as "Confidential" by Prostar.

47. Attached as **Exhibit 46** is a true and accurate copy of excerpts from the deposition of Kelly Garcia, dated June 7, 2018. This deposition has been designated as "Confidential" by Domino's.

48. Attached as **Exhibit 47** is a true and accurate copy of an email chain from Jim Maertens, Bates numbered DOMPRO00001541 through DOMPRO00001547.

49. Attached as **Exhibit 48** is a true and accurate copy of excerpts from the deposition of Michael Nelson, dated June 18, 2018.

50. Attached as **Exhibit 49** is a true and accurate copy of a printout from Prostar's website dated April 17, 2018.

51. Attached as **Exhibit 50** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW036441 through PSW036446.

52. Attached as **Exhibit 51** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW018238 through PSW018239.

53. Attached as **Exhibit 52** is a true and accurate copy of a Purchase and Sale Agreement related to Prostar, Bates numbered PSW082114 through PSW082134. This exhibit has been designated as "Confidential" by Prostar.

54. Attached as **Exhibit 53** is a true and accurate copy of Prostar's Confidential Disclosure of Trade Secrets dated May 4, 2017. This exhibit has been designated as "Confidential" by Prostar.

55. Attached as **Exhibit 54** is a true and accurate copy of Prostar's Amended Responses to Domino's Third Set of Interrogatories dated June 19, 2018.

56. Attached as **Exhibit 55** is a true and accurate copy of an email chain from Jason McMann, Bates numbered DOMPRO00004586 through DOMPRO00004586.

57. Attached as **Exhibit 56** is a true and accurate copy of an email chain from Michael Nelson, Bates numbered PSW027316 through PSW027316.

58. Attached as **Exhibit 57** is a true and accurate copy of an email chain from Jason Meldrum, Bates numbered DOMPRO00011690 through DOMPRO00011707. This exhibit has been designated as "Confidential" by Domino's.

59. Attached as **Exhibit 58** is a true and accurate copy of Prostar's Responses to Domino's First Set of Interrogatories dated July 17, 2017.

60. Attached as **Exhibit 59** is a true and accurate copy of Prostar's Supplemental Responses to Domino's First Set of Interrogatories-Interrogatory 11 dated November 9, 2017.

61. Attached as **Exhibit 60** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW005653 through PSW005658.

62. Attached as **Exhibit 61** is a true and accurate copy of an email chain from Joe Olsen dated June 19, 2012.

63. Attached as **Exhibit 62** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW071982 through PSW072001.

64. Attached as **Exhibit 63** is a true and accurate copy of excerpts from the deposition of Jeffrey Redman, dated October 16, 2018. This deposition has been designated as "Confidential" by Prostar.

65. Attached as **Exhibit 64** is a true and accurate copy of an email chain from Joe Olsen, Bates numbered PSW004722 through PSW004722.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 29, 2018

**WILLIAMS & CONNOLLY LLP**

By: s/ Janine M. Pierson

Daniel F. Katz (*pro hac vice*)
Edward C. Barnidge (*pro hac vice*)
Janine M. Pierson (*pro hac vice*)
Matthew W. Lachman (*pro hac vice*)
E-mail: dkatz@wc.com
E-mail: ebarnidge@wc.com
E-mail: jpierson@wc.com

E-mail: mlachman@wc.com

**SKAGGS FAUCETTE LLP**

Jeffrey E. Faucette (No. 193066)
E-mail: jeff@skaggsfaucette.com

*Attorneys for Defendant Domino's Pizza, Inc.*